THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIVLR 7.1 (b)(1)
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 19 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____HA_____DEPUTY

Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MESHELLE ROWLAND,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND RESEARCH CORPORATION dba PIONEER RESEARCH CORPORATION; VALARIE SMILOVIC; GABE YOUNG; PETER O'CONNELL; DAVE WHITTAKER<br><br>Defendants. | No.   CV-16-4493-PHX-DGC<br><br>**COMPLAINT**<br><br>Demand for Jury Trial |

Plaintiff alleges as follows:

**FIRST CLAIM FOR RELIEF**
(Fair Labor Standards Act)

1.  Plaintiff is a resident of Maricopa County, Arizona.

2.  Defendant RICHLAND RESEARCH CORPORATION dab PIONEER RESEARCH CORPORATION is an Arizona corporation authorized to do business in Arizona with its principal place of business in Maricopa County, Arizona.

-1-