# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MeShelle Rowland,<br><br>  Plaintiff,<br><br>vs.<br><br>Richland Research Corporation dba Pioneer Research Corporation; Valarie Smilovic; Gabe Young; Peter O'Connell; Dave Whittaker<br><br>  Defendants. | No. CV16-4493-PHX DGC<br><br>**AMENDED<br>ORDER OF DISMISSAL** |

Pursuant to the Stipulation of the Parties.  Doc. 37.

**IT IS ORDERED** that the parties' stipulation (Doc. 37) is **granted.**  The above-captioned action is hereby **dismissed** in its entirety and **with prejudice**.  Plaintiff and Defendants each to bear their own costs and attorneys' fees incurred herein.

The Clerk of the Court is directed to terminate this case.

Dated this 19th day of September, 2017.

_____
David G. Campbell
United States District Judge